LEON V. O'REILLY, Respondent, v. PENNSYLVANIA TEXTILE MILLS, INCORPORATED, Appellant.— Judgment affirmed, with costs. No opinion. Hagarty,

Carswell and Scudder, JJ., concur; Lazansky, P. J., and Kapper, J., dissent and vote for a reversal and a new trial upon the ground that the verdict is against the weight of the evidence.